IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **CERTAINTEED CEILINGS CORP.,**<br>    Plaintiff,<br><br>    v.<br><br>**DANIEL F. AIKEN,**<br>    Defendant. | **CIVIL ACTION**<br><br><br><br>**NO. 14-3925** |

# O R D E R

**AND NOW**, this 29th day of January, 2015, after consideration of defendant Daniel Aiken's Motion to Dismiss (ECF 22) and plaintiff CertainTeed Ceilings Corporation's Opposition (ECF 30), it is hereby **ORDERED** that defendant Aiken's Motion to Dismiss (ECF 22) is **GRANTED IN PART** as to Count II and **DENIED IN PART** as to Counts III, IV, V, and VI.

BY THE COURT:

/s/ Michael M. Baylson
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 14\14-3925 certainteed v. aiken\14cv3925.order.MotionToDismiss.01.20.2015.docx

1